

# UNITED STATES ATTORNEY'S OFFICE
# DISTRICT OF NEW MEXICO
# ALBUQUERQUE, NEW MEXICO

## Nathaniel Johnson Encounter
## January 5, 2018
## 11:15 (Approx.)

**Participants:**

| | |
|---|---|
| DEA Special Agent J. Perry | JP |
| Nathaniel Johnson | NJ |

**Key:**

| | |
|---|---|
| Unintelligible | UI |
| Inaudible | IA |
| Phonetic | ph |

Conversation transcribed as spoken

Transcribed by: L.S. Valladares  USANM
Reviewed by DEA Special Agent J. Perry

1    -Noises and other non-pertinent conversations-

2    -Meter 2.52-

3    JP:    How you doin' today, sir?

4    NJ:    Blessed.

5    JP:    Yes, I'm a police officer, may I speak to you for a moment?

6    NJ:    Mh-hm.

7    JP:    Where you headed to, sir?

8    NJ:    I'm goin' to Joplin.

9    JP:    Joplin? And where you comin' from?

10   NJ:    Arizona.

11   JP:    May I see your ticket, please? Thank you. Mike Johnson. Thank you Mr. Johnson. You
12          havin' a good trip?

13   NJ:    Yes.

14   JP:    Yeah? You live in Joplin or live in...

15   NJ:    No, I'm stayin' in Arizona. I just gotta go out there job huntin'. Probation (UI).

16   JP:    Oh, probation?

17   NJ:    Yeah.

18   JP:    Okay, all righty. Do you have ID with you?

NJ: No.

JP: No ID?

NJ: No (sounded out).

JP: Okay. Do you have luggage with you, sir?

NJ: None at all.

JP: Okay. Nothing underneath the bus?

NJ: No.

JP: How 'bout underneath your seat? Anything underneath your seat?

NJ: No.

JP: Okay. (UI) Okay. And sir, I notice you got a big shirt on, no weapons or anything on your body?

NJ: No, no.

JP: You give me permission just to pat you down?

NJ: Go ahead.

JP: Thank you. And can you st, can you stand up for me?

NJ: Yeah.

JP: You give me permission?

NJ: Yes, sir.

| | JP: | Thank you, thank you. How long you gonna be in Joplin for? Okay, all right, thank you, sir. |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | NJ: | Thank you. |
| 4 | JP: | And I noticed there's a black bag down here, is this your bag down here? |
| 5 | NJ: | No. |
| 6 | JP: | It's not? |
| 7 | NJ: | Yes...it is. |
| 8 | JP: | It is or isn't? |
| 9 | NJ: | Yes, sir, it is. It's my, all it is some clothes. |
| 10 | JP: | Okay. You give me permission to search it for contraband, sir? |
| 11 | NJ: | Yeah, go ahead. Clothes... Yes, sir, it's all clothes...dirty too though. |
| 12 | | -Brief pause in the conversation- |
| 13 | NJ: | It's clothes. |
| 14 | JP: | Kay, what 'bout inside this right here? Black bundle right there? Okay, sir, I need you to go ahead and put your hands up here for me. |
| 15 | | |
| 16 | NJ: | Okay. |
| 17 | JP: | Put your hands up here. Go ahead and put your ticket down right there. |
| 18 | NJ: | (IA) |
| 19 | JP: | Put your hands right here. |

1   NJ:     Mh-hm. I'm gonna get this that's in my pocket.

2   JP:     No, no, no, put your hands up, (stammers), set it down right there, sir. Do what I ask
3           you, okay?

4   NJ:     Yes, sir.

5   JP:     Put your hand right there. This is my partner right here. Okay, I need you to stand up...

6   NJ:     Mh-hm.

7   JP:     Put, put all your stuff down in the f, right there in the seat.

8   NJ:     Mh-hm. (UI)

9   JP:     I want you to turn around.

10  NJ:     Okay.

11  JP:     Put your hands behind your back.

12  NJ:     What happened?

13  JP:     Put your hands behind your back.

14  -Sound of handcuffs-

15  JP:     This is my partner here, he's gonna take you off the bus. You're...

16  NJ:     Okay.

17  JP:     Put your ticket in your pocket.

18  -Noises, non-pertinent conversations-

19  -End of recording-